NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NICHOLAS ST. CLAIRE THOMPSON,          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D19-428
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed November 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.


PER CURIAM.


          Affirmed.


LaROSE, BADALAMENTI, and SMITH, JJ., Concur.